# EXHIBIT A

NYSCEF
New York County Supreme Court

**Document List**

Index # 161335/2018    Created on:04/03/2019 02:20 PM

Case Caption:   Marissa Hoechstetter et al v. COLUMBIA UNIVERSITY et al

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT<br>Summons & Verified Complaint | Processed | 12/04/2018 | Dipietro, A. |
| 2 | ORDER TO SHOW CAUSE ( PROPOSED )<br>OSC to Proceed with Pseudonym | Returned For Correction | 12/04/2018 | Dipietro, A. |
| 3 | AFFIDAVIT OR AFFIRMATION IN SUPPORT<br>Attorney Affirmation in Support of OSC | Processed | 12/04/2018 | Dipietro, A. |
| 4 | EXHIBIT(S)<br>2016-02-22 Plea Agreement | Processed | 12/04/2018 | Dipietro, A. |
| 5 | EXHIBIT(S)<br>2016-02-23 Criminal Court Transcript | Processed | 12/04/2018 | Dipietro, A. |
| 6 | EXHIBIT(S)<br>2016-03-29 Criminal Sentencing Transcript | Processed | 12/04/2018 | Dipietro, A. |
| 7 | RJI -RE: ORDER TO SHOW CAUSE | Returned For Correction | 12/04/2018 | Dipietro, A. |
| 8 | COMPLAINT (AMENDED)<br>Amended Summon and Amended Complaint, Notice of FBEM | Pending | 03/27/2019 | Dipietro, A. |