FILED: NEW YORK COUNTY CLERK 04/03/2019 06:37 PM                                INDEX NO. 161335/2018
NYSCEF DOC. NO. 9         Case 1:19-cv-02978-ALC   Document 24-2   Filed 04/29/19   Page 1 of 3   RECEIVED NYSCEF: 04/03/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
MARISSA HOECHSTETTER, JANE DOE #8,　　　　　Index No.: 161335/2018
JANE DOE #9, JANE DOE #10, JANE DOE #11
JANE DOE #12, JANE DOE #13, JANE DOE #14,
JANE DOE #15, JANE DOE #17, JANE DOE #18,　　**NOTICE OF FILING**
JANE DOE #19, JANE DOE #21, JANE DOE #22,　　**NOTICE OF REMOVAL**
JANE DOE #23, JANE DOE #26, JANE DOE #27,
JANE DOE #28, AND JANE DOE #30,

　　　　　　　　　　Plaintiffs,

　　-against-

COLUMBIA UNIVERSITY; THE NEW YORK AND
PRESBYTERIAN HOSPITAL; COLUMBIA PRESBYTERIAN
MEDICAL CENTER; COLUMBIA UNIVERSITY MEDICAL
CENTER; COLUMBIA-PRESBYTERIAN MEDICAL
CENTER, EAST SIDE ASSOCIATES; EAST SIDE
ASSOCIATES; ROBERT HADDEN; THE TRUSTEES OF
COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK;
COLUMBIA UNIVERSITY COLLEGE OF PHYSICIANS
AND SURGEONS; PRESBYTERIAN HOSPITAL
PHYSICIAN SERVICES ORGANIZATION, INC.;
COLUMBIA-CORNELL CARE, LLC; COLUMBIA
CORNELL NETWORK PHYSICIANS, INC.;
SLOANE HOSPITAL FOR WOMEN,

　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

　　PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441, 1446 and Federal Rule of Civil Procedure 81(c), on the 3rd day of April, 2019 defendants THE NEW YORK AND PRESBYTERIAN HOSPITAL s/h/a "COLUMBIA PRESBYTERIAN MEDICAL CENTER," "COLUMBIA UNIVERSITY MEDICAL CENTER," "PRESBYTERIAN HOSPITAL PHYSICIAN SERVICES ORGANIZATION, INC.," "COLUMBIA CORNELL NETWORK PHYSICIANS, INC.," and "SLOANE HOSPITAL FOR WOMEN" and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK s/h/a "COLUMBIA UNIVERSITY," "COLUMBIA UNIVERSITY COLLEGE OF PHYSICIANS

2019769.1

AND SURGEONS," "COLUMBIA-PRESBYTERIAN MEDICAL CENTER, EAST SIDE ASSOCIATES," and "EAST SIDE ASSOCIATES" filed a Notice of Removal to the United States District Court for the Southern District of New York. Attached as Exhibit A to this Notice of Filing of Notice of Removal is a copy of the "as-filed" Notice of Removal (without exhibits). This action will now be placed on the docket of the District Court for further proceedings.

Dated: New York, New York
        April 3, 2019

    HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
    Denise A. Holzka
    Attorneys for Defendants
    THE NEW YORK AND PRESBYTERIAN HOSPITAL s/h/a "COLUMBIA PRESBYTERIAN MEDICAL CENTER," "COLUMBIA UNIVERSITY MEDICAL CENTER," "PRESBYTERIAN HOSPITAL PHYSICIAN SERVICES ORGANIZATION, INC.," "COLUMBIA CORNELL NETWORK PHYSICIANS, INC.," and "SLOANE HOSPITAL FOR WOMEN" and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK s/h/a "COLUMBIA UNIVERSITY," "COLUMBIA UNIVERSITY COLLEGE OF PHYSICIANS AND SURGEONS," "COLUMBIA-PRESBYTERIAN MEDICAL CENTER, EAST SIDE ASSOCIATES," and "EAST SIDE ASSOCIATES"
    Office & P.O. Address
    99 Park Avenue
    New York, New York 10016
    (212) 286-8585

2019769.1

**Via NYSEF**

Anthony T. DiPietro, Esq.
Law Office of Anthony T. DiPietro, P.C.
Attorneys for Plaintiffs
233 Broadway #880
New York, New York 10278
(212) 233-3600

Bill Vaslas, Esq.
Vaslas Lepowsky Hauss Danke, LLP
Attorneys for Defendant
Robert Hadden, M.D.
201 Edward Curry Ave # 200
Staten Island, New York 10314

2019769.1