USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: *7-19-19*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARISSA HOECHSTETTER, JANE DOE #8,
JANE DOE #9, JANE DOE #10, JANE DOE #11
JANE DOE #12, JANE DOE #13, JANE DOE #14,
JANE DOE #15, JANE DOE #17, JANE DOE #18,
JANE DOE #19, JANE DOE #21, JANE DOE #22,
JANE DOE #23, JANE DOE #26, JANE DOE #27,
JANE DOE #28, AND JANE DOE #30,

**CONSENT TO CHANGE ATTORNEYS**

CIVIL ACTION NO.:
19-CV-02978 (ALC)

Plaintiffs,

-against-

COLUMBIA UNIVERSITY; THE NEW YORK AND
PRESBYTERIAN HOSPITAL; COLUMBIA PRESBYTERIAN
MEDICAL CENTER; COLUMBIA UNIVERSITY MEDICAL
CENTER; COLUMBIA-PRESBYTERIAN MEDICAL
CENTER, EAST SIDE ASSOCIATES; EAST SIDE
ASSOCIATES; ROBERT HADDEN; THE TRUSTEES OF
COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK;
COLUMBIA UNIVERSITY COLLEGE OF PHYSICIANS
AND SURGEONS; PRESBYTERIAN HOSPITAL
PHYSICIAN SERVICES ORGANIZATION, INC.;
COLUMBIA-CORNELL CARE, LLC; COLUMBIA
CORNELL NETWORK PHYSICIANS, INC.;
SLOANE HOSPITAL FOR WOMEN,

Defendant.

------------------------------------------------------------------------X

**IT IS HEREBY CONSENTED THAT,** the law firm of Aaronson Rappaport Feinstein

& Deutsch, LLP, 600 Third Avenue, New York, New York 10016, shall be substituted as

attorneys of record on behalf of Defendants, THE TRUSTEES OF COLUMBIA UNIVERSITY

IN THE CITY OF NEW YORK s/h/a "COLUMBIA UNIVERSITY," "COLUMBIA

UNIVERSITY COLLEGE OF PHYSICIANS AND SURGEONS," "COLUMBIA-

PRESBYTERIAN MEDICAL CENTER, EAST SIDE ASSOCIATES," and "EAST SIDE

ASSOCIATES", and THE NEW YORK AND PRESBYTERIAN HOSPITAL s/h/a "THE NEW

YORK AND PRESBYTERIAN HOSPITAL," "COLUMBIA PRESBYTERIAN MEDICAL

Consent to Change Attorneys: HOECHSTETTER v. THE NEW YORK AND PRESBYTERIAN HOSPITAL, et al.

CENTER," "COLUMBIA UNIVERSITY MEDICAL CENTER," "PRESBYTERIAN HOSPITAL PHYSICIAN SERVICES ORGANIZATION, INC.," "COLUMBIA CORNELL NETWORK PHYSICIANS, INC." and "SLOANE HOSPITAL FOR WOMEN" in the above-entitled action in place and stead of the undersigned firm Heidell, Pittoni, Murphy, & Bach, LLP, as of the date hereof.

Facsimile or electronic signatures will constitute originals for the purpose of this consent, which may also be executed in two or more counterparts, each of which shall be deemed an original and all of which, taken together, shall constitute one and the same.

Dated:    New York, New York
          June 21, 2019

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK
By:  Brian J. Noonan
Sworn to before me this
25th day of June, 2019

THE NEW YORK AND
PRESBYTERIAN HOSPITAL

By: Patricia S. Catapano
Sworn to before me this
25th day of June, 2019

NOTARY PUBLIC

DWAYNE ZIEGLER
Notary Public. State of New York
No. 01ZI5064081
Qualified in Westchester County
Commission Expires Sept. 16, 2022

By:  Peter J. Fazio
AARONSON RAPPAPORT FEINSTEIN
DEUTSCH, LLP
Incoming Attorneys for Defendants
THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW

NOTARY PUBLIC    LOUELLA R. JAMES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01JA6234016
Qualified in Queens County
My Commission Expires 01-03-2023

By: Hayley Newman
HEIDELL, PITTONI, MURPHY &
& BACH, LLP
Outgoing Attorneys for Defendants
THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW

-2-

Consent to Change Attorneys: HOECHSTETTER v. THE NEW YORK AND PRESBYTERIAN HOSPITAL, et al.

YORK and THE NEW YORK AND
PRESBYTERIAN HOSPITAL
600 Third Avenue
New York, NY 10016
(212) 593-6700

YORK and THE NEW YORK AND
PRESBYTERIAN HOSPITAL
99 Park Avenue
New York, NY 10016
(212) 286-8585

SO ORDERED:

7-19-19