|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11-7-19 |

-----------------------------------------------------------x

MARISSA HOECHSTETTER et al,

                              Plaintiffs,        1:19-cv-02978 (ALC)

   -against-                                         **ORDER**

COLUMBIA UNIVERSITY, et al.,

                              Defendants.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      By letter dated April 17, 2019, Defendants have requested a pre-motion conference for a Motion to Dismiss Plaintiffs' Amended Complaint. ECF No. 17. Plaintiffs oppose Defendants' request. ECF No. 20. Both parties acknowledge that there is a fully-briefed Motion to Remand currently before this Court. In light of the pending Motion to Remand, the Defendants' requests to file their Motion to Dismiss and for a pre-motion conference are DENIED without prejudice. All remaining deadlines in this case are stayed until the resolution of the pending Motion to Remand.

**SO ORDERED.**

Dated: November 7, 2019

       New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**