UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
   MARISSA HOECHSTETTER, et al.,     :
                                                                       :
                                                 Plaintiffs,   :
                                                                       :    19-cv-2978 (ALC)
                -against-                         :
                                                                       :    **ORDER**
   COLUMBIA UNIVERSITY, et al,          :
                                                                       :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Pending before the court is the plaintiffs' motion to remand. On or before February 10, the parties should file, on ECF, the document provided to the state court on April 3 at 5:15 p.m., referred to as the second amended complaint, also known as Complaint C, See ECF 34-3.

                                                        **SO ORDERED.**

**Dated:** February 5, 2020

          New York, New York                      **ANDREW L. CARTER, JR.**
                                                                                 United States District Judge