UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
    MARISSA HOECHSTETTER, et al.,

                               Plaintiffs,

                  19-CV-2978 (ALC)

        -against-

                  **ORDER OF REFERENCE TO A**
    COLUMBIA UNIVERSITY, et al,           **MAGISTRATE JUDGE**

-------------------------------------------------------------x

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

    All such motions:
_____

SO ORDERED:

_____
Andrew L. Carter, Jr.
United States District Judge

DATED:   New York, New York
         February 25, 2020