UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MARISSA HOECHSTETTER, et al.,

                              Plaintiffs,

               -against-

COLUMBIA UNIVERSITY, et al.,

                              Defendants.

-------------------------------------------------------------------X

**19-CV-2978 (ALC) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the national emergency, the conference in this matter scheduled for March 30, 2020 is hereby converted to a telephone conference. The parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the appropriate time.

      **SO ORDERED.**

DATED:      New York, New York
                  March 16, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge