# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

**MEMO ENDORSED**

Jay A. Rappaport
(212) 593-6704
jarappaport@arfdlaw.com

March 25, 2020

<u>VIA ECF</u>

United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007
Attention: The Honorable Magistrate Judge Katherine H. Parker

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2020

Re: Hoechstetter et al v. Columbia University et al;
Civil No.: 1:19-cv-02978-ALC
Our File No: 150.562

Dear Magistrate Judge Parker:

    Our office represents The Trustees Of Columbia University In The City Of New York s/h/a "Columbia University," "Columbia University College Of Physicians And Surgeons," "Columbia -Presbyterian Medical Center, East Side Associates," and "East Side Associates", and The New York And Presbyterian Hospital s/h/a "The New York And Presbyterian Hospital," "Columbia Presbyterian Medical Center," "Columbia University Medical Center," "Presbyterian Hospital Physician Services Organization, Inc.," "Columbia Cornell Network Physicians, Inc." and "Sloane Hospital For Women" in the above-entitled action.

    Please permit this correspondence to serve as a joint request by the Parties to adjourn the currently scheduled telephonic pre-motion conference currently scheduled for March 30, 2020 for forty five days. This is the first time a request to adjourn this conference is being made and the request is on consent of all parties.

    Our firm represents parties in this case that are currently on the front lines of both responding to the COVID19 pandemic and treating patients diagnosed with the virus. The recent current events related to the pandemic, including, but not limited to, preparing the Hospital, related facilities, and its staff for what is projected to be an unprecedented strain on the Nation's health care system, has made it difficult for us to communicate with our clients to prepare for the currently scheduled conference.

United States District Court, Southern District of New York
Attention: Honorable Magistrate Judge Katherine H. Parker
March 25, 2020
Re: <u>Hoechstetter et al v. Columbia University et al</u>; Civil No.: l:19-cv-02978-ALC

    Based upon the inability to actively confer with our clients, we respectfully request that the March 30, 2020 conference be adjourned for forty five days to May 14, 2020.

    Thank you for your consideration.

Very truly yours,

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

JAY A. RAPPAPORT /s/

Jay A. Rappaport

Cc:

<u>VIA ECF</u>
Hon. Andrew L. Carter, Jr.
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007
Attention: Honorable Judge Andrew L. Carter, Jr.

<u>VIA ECF</u>
Neal Brickman, P.C.
Attorneys for Plaintiffs
420 Lexington Avenue, Suite 2440
New York, New York 10170

<u>VIA ECF</u>
Vaslas, Lepowsky, Hauss & Danke, LLP
Attorneys for Defendant Robert Hadden
201 Edward Curry Avenue, Suite 100
Staten Island, New York 10314

<u>VIA ECF</u>
The Law Offices of Anthony T. DiPietro, P.C.
Attorneys for Plaintiffs in Related Actions
The Woolworth Building
233 Broadway, Suite 880
New York, New York 10279

> **APPLICATION GRANTED:** The Pre-Motion Telephone Conference in this matter that is scheduled for Monday, March 30, 2020 at 10:00 a.m. is hereby rescheduled to <u>Wednesday, May 20, 2020 at 2:00 p.m.</u> The parties are directed to call into the Court conference line at (866) 434-5269, Code: 4858267 at the scheduled time.
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 03/26/2020