**Olena Sharvan**

| | |
|---|---|
| **From:** | Olena Sharvan |
| **Sent:** | Wednesday, July 8, 2020 3:31 PM |
| **To:** | ANTHONY@ATDLaw.com |
| **Cc:** | Deirdre E. Tracey |
| **Attachments:** | Meet&Confer Letter to Plaintiff re service in 2018 action.docx |

Mr. DiPietro,

Enclosed you will find a meet and confer letter regarding the Amended Summons and Amended Complaint that were served on Dr. Hadden on June 24, 2020.
Please advise of your decision and response within 5 days.

Thank you for your prompt attention to this matter.

**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)



www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

**Olena Sharvan**

| | |
|---|---|
| **From:** | Olena Sharvan |
| **Sent:** | Monday, July 13, 2020 2:51 PM |
| **To:** | 'ANTHONY@ATDLaw.com' |
| **Cc:** | 'Deirdre E. Tracey'; 'Maria D'Onofrio' |
| **Subject:** | RE: |

| | |
|---|---|
| **TimeMattersID:** | M7727AC13891C607 |
| **TM Contact:** | Robert Hadden |
| **TM Matter No:** | 21-18-010-15-E |
| **TM Matter Reference** | Jane Doe #3 v. Hadden |

Mr. DiPietro,

I am writing to follow-up on your response to our meet and confer letter from July 8, 2020.
Please provide your decision and response at this time.

Thank you,

**Olena Sharvan**
Attorneys at Law
**Vaslas Lepowsky Hauss & Danke LLP**
201 Edward Curry Avenue
Staten Island, NY 10314
Cell phone: 551-358-3603
e-mail: osharvan@vlhd-law.com



www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

**From:** Olena Sharvan
**Sent:** Wednesday, July 8, 2020 3:31 PM
**To:** ANTHONY@ATDLaw.com

**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>
**Subject:**

Mr. DiPietro,

Enclosed you will find a meet and confer letter regarding the Amended Summons and Amended Complaint that were served on Dr. Hadden on June 24, 2020.
Please advise of your decision and response within 5 days.

Thank you for your prompt attention to this matter.


**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)



[www.vlhd-law.com](www.vlhd-law.com)

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

**Olena Sharvan**

| | |
|---|---|
| **From:** | Anthony T. DiPietro, Esq. <ANTHONY@ATDLaw.com> |
| **Sent:** | Monday, July 13, 2020 7:47 PM |
| **To:** | Olena Sharvan |
| **Cc:** | Deirdre E. Tracey; Maria D'Onofrio |
| **Subject:** | [EXTERNAL]Re: |

Neither Maria, nor I, have the letter you're referring to. Did you email it to us? Can you resend it?

Anthony.


On Jul 13, 2020, at 2:51 PM, Olena Sharvan <osharvan@vlhd-law.com> wrote:

Mr. DiPietro,

I am writing to follow-up on your response to our meet and confer letter from July 8, 2020. Please provide your decision and response at this time.

Thank you,


**Olena Sharvan**
Attorneys at Law
**Vaslas Lepowsky Hauss & Danke LLP**
201 Edward Curry Avenue
Staten Island, NY 10314
Cell phone: 551-358-3603
e-mail: osharvan@vlhd-law.com


<image001.png>


www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

**From:** Olena Sharvan
**Sent:** Wednesday, July 8, 2020 3:31 PM
**To:** ANTHONY@ATDLaw.com
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>
**Subject:**

Mr. DiPietro,

Enclosed you will find a meet and confer letter regarding the Amended Summons and Amended Complaint that were served on Dr. Hadden on June 24, 2020.
Please advise of your decision and response within 5 days.

Thank you for your prompt attention to this matter.


**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)

<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

# Olena Sharvan

| | |
|---|---|
| **From:** | Olena Sharvan |
| **Sent:** | Monday, July 13, 2020 7:59 PM |
| **To:** | Anthony T. DiPietro, Esq. |
| **Cc:** | Deirdre E. Tracey; Maria D'Onofrio |
| **Subject:** | RE: [EXTERNAL]Re: Hoechstetter et al v. Columbia et al - meet & confer letter |
| **Attachments:** | MeetConfer Letter to Plaintiff re service in 2018 action.docx |

| | |
|---|---|
| **TimeMattersID:** | M2251AC13A335481 |
| **TM Contact:** | Robert Hadden |
| **TM Matter No:** | 21-18-010-15-E |
| **TM Matter Reference:** | Jane Doe #3 v. Hadden |

Yes, of course.

However, the e-mail with the same letter was sent to the same address and did not return as undelivered. Also, everybody cc'd received the letter.

Please see attached the letter that was attached to my July 8th e-mail.

Best regards,

**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)



www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this e-mail message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this e-mail without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

---

**From:** Anthony T. DiPietro, Esq. <ANTHONY@ATDLaw.com>
**Sent:** Monday, July 13, 2020 7:47 PM
**To:** Olena Sharvan <osharvan@vlhd-law.com>

**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>; Maria D'Onofrio <maria@atdlaw.com>
**Subject:** [EXTERNAL]Re:

Neither Maria, nor I, have the letter you're referring to. Did you email it to us? Can you resend it?

Anthony.


On Jul 13, 2020, at 2:51 PM, Olena Sharvan <osharvan@vlhd-law.com> wrote:


Mr. DiPietro,

I am writing to follow-up on your response to our meet and confer letter from July 8, 2020. Please provide your decision and response at this time.

Thank you,



**Olena Sharvan**
Attorneys at Law
**Vaslas Lepowsky Hauss & Danke LLP**
201 Edward Curry Avenue
Staten Island, NY 10314
Cell phone: 551-358-3603
e-mail: osharvan@vlhd-law.com


<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.



**From:** Olena Sharvan
**Sent:** Wednesday, July 8, 2020 3:31 PM
**To:** ANTHONY@ATDLaw.com
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>
**Subject:**

Mr. DiPietro,

Enclosed you will find a meet and confer letter regarding the Amended Summons and Amended Complaint that were served on Dr. Hadden on June 24, 2020.
Please advise of your decision and response within 5 days.

Thank you for your prompt attention to this matter.


**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)

<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

**Olena Sharvan**

---

| | |
|---|---|
| **From:** | Anthony T. DiPietro, Esq. <ANTHONY@ATDLaw.com> |
| **Sent:** | Tuesday, July 14, 2020 4:34 PM |
| **To:** | Olena Sharvan |
| **Cc:** | Deirdre E. Tracey |
| **Subject:** | [EXTERNAL]Re: [EXTERNAL]Re: Hoechstetter et al v. Columbia et al - meet & confer letter |

| | |
|---|---|
| **TimeMattersID:** | D79BBAC14D813767 |
| **TM Contact:** | Robert Hadden |
| **TM Matter No:** | 21-18-010-15-E |
| **TM Matter Reference** | Jane Doe #3 v. Hadden |

I am available on the 24th but I'm trying to confirm the availability of co-counsel. I we're available that day, does it work for you?

**Anthony T. DiPietro, Esq.**
Patient Safety & Medical Malpractice Attorney
233 Broadway, Suite 880
New York, NY 10279
Ph:     (212) 233-3600
Fax:     (212) 202-7575
Web:  ATDLaw.com

**Connect With Me:**

THIS EMAIL DOES NOT CREATE AN ATTORNEY CLIENT PRIVILEGE. THE LAWYERS IN THIS OFFICE CAN ONLY ACT AS YOUR ATTORNEY IF YOU HAVE SIGNED A RETAINER WITH US. This transmission may be: (1) subject to the Attorney-Client Privilege; (2) an attorney work product; or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of State and Federal Criminal Law.

> On Jul 13, 2020, at 7:58 PM, Olena Sharvan <osharvan@vlhd-law.com> wrote:
>
> Yes, of course.
> However, the e-mail with the same letter was sent to the same address and did not return as undelivered. Also, everybody cc'd received the letter.
> Please see attached the letter that was attached to my July 8th e-mail.
>
> Best regards,
>
>
> **Olena Sharvan**
> Associate Attorney
> **Vaslas Lepowsky Hauss & Danke LLP**
> Attorneys at Law
> 201 Edward Curry Avenue
> Staten Island, NY 10314
> 718-761-9300
> 347-695-4536 (direct)

[www.vlhd-law.com](http://www.vlhd-law.com)

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this e-mail message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this e-mail without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

**From:** Anthony T. DiPietro, Esq. <[ANTHONY@ATDLaw.com](mailto:ANTHONY@ATDLaw.com)>
**Sent:** Monday, July 13, 2020 7:47 PM
**To:** Olena Sharvan <[osharvan@vlhd-law.com](mailto:osharvan@vlhd-law.com)>
**Cc:** Deirdre E. Tracey <[detracey@arfdlaw.com](mailto:detracey@arfdlaw.com)>; Maria D'Onofrio <[maria@atdlaw.com](mailto:maria@atdlaw.com)>
**Subject:** [EXTERNAL]Re:

Neither Maria, nor I, have the letter you're referring to. Did you email it to us? Can you resend it?

Anthony.

On Jul 13, 2020, at 2:51 PM, Olena Sharvan <[osharvan@vlhd-law.com](mailto:osharvan@vlhd-law.com)> wrote:

Mr. DiPietro,

I am writing to follow-up on your response to our meet and confer letter from July 8, 2020.
Please provide your decision and response at this time.

Thank you,

**Olena Sharvan**
Attorneys at Law
**Vaslas Lepowsky Hauss & Danke LLP**
201 Edward Curry Avenue
Staten Island, NY 10314
Cell phone: 551-358-3603
e-mail: [osharvan@vlhd-law.com](mailto:osharvan@vlhd-law.com)

<image001.png>

[www.vlhd-law.com](http://www.vlhd-law.com)

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

**From:** Olena Sharvan
**Sent:** Wednesday, July 8, 2020 3:31 PM
**To:** ANTHONY@ATDLaw.com
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>
**Subject:**

Mr. DiPietro,

Enclosed you will find a meet and confer letter regarding the Amended Summons and Amended Complaint that were served on Dr. Hadden on June 24, 2020.
Please advise of your decision and response within 5 days.

Thank you for your prompt attention to this matter.

**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)

<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

<MeetConfer Letter to Plaintiff re service in 2018 action.docx>

| | |
|---|---|
| **From:** | Olena Sharvan |
| **Sent:** | Tuesday, July 14, 2020 5:20 PM |
| **To:** | Anthony T. DiPietro, Esq. |
| **Cc:** | Deirdre E. Tracey |
| **Subject:** | RE: [EXTERNAL]Re: [EXTERNAL]Re: Hoechstetter et al v. Columbia et al - meet & confer letter |

Can you please clarify what do you mean?
Also, can you please advise what your position is with respect to withdrawing the improper service of the Amended Summons and Amended Complaint with Affidavit of Service that was filed with SDNY on July 2, 2020?

---

**From:** Anthony T. DiPietro, Esq. <ANTHONY@ATDLaw.com>
**Sent:** Tuesday, July 14, 2020 4:34 PM
**To:** Olena Sharvan <osharvan@vlhd-law.com>
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>
**Subject:** [EXTERNAL]Re: [EXTERNAL]Re: Hoechstetter et al v. Columbia et al - meet & confer letter

I am available on the 24th but I'm trying to confirm the availability of co-counsel. I we're available that day, does it work for you?

**Anthony T. DiPietro, Esq.**
Patient Safety & Medical Malpractice Attorney
233 Broadway, Suite 880
New York, NY 10279
Ph:      (212) 233-3600
Fax:     (212) 202-7575
Web:  ATDLaw.com

**Connect With Me:**



THIS EMAIL DOES NOT CREATE AN ATTORNEY CLIENT PRIVILEGE. THE LAWYERS IN THIS OFFICE CAN ONLY ACT AS YOUR ATTORNEY IF YOU HAVE SIGNED A RETAINER WITH US. This transmission may be: (1) subject to the Attorney-Client Privilege; (2) an attorney work product; or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of State and Federal Criminal Law.

On Jul 13, 2020, at 7:58 PM, Olena Sharvan <osharvan@vlhd-law.com> wrote:

Yes, of course.
However, the e-mail with the same letter was sent to the same address and did not return as undelivered. Also, everybody cc'd received the letter.
Please see attached the letter that was attached to my July 8th e-mail.

Best regards,

**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law

201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)

<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this e-mail message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this e-mail without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

---

**From:** Anthony T. DiPietro, Esq. <ANTHONY@ATDLaw.com>
**Sent:** Monday, July 13, 2020 7:47 PM
**To:** Olena Sharvan <osharvan@vlhd-law.com>
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>; Maria D'Onofrio <maria@atdlaw.com>
**Subject:** [EXTERNAL]Re:

Neither Maria, nor I, have the letter you're referring to. Did you email it to us? Can you resend it?

Anthony.


On Jul 13, 2020, at 2:51 PM, Olena Sharvan <osharvan@vlhd-law.com> wrote:


Mr. DiPietro,

I am writing to follow-up on your response to our meet and confer letter from July 8, 2020.
Please provide your decision and response at this time.

Thank you,


**Olena Sharvan**
Attorneys at Law
**Vaslas Lepowsky Hauss & Danke LLP**
201 Edward Curry Avenue
Staten Island, NY 10314
Cell phone: 551-358-3603
e-mail: osharvan@vlhd-law.com

[www.vlhd-law.com](http://www.vlhd-law.com)

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

---

**From:** Olena Sharvan
**Sent:** Wednesday, July 8, 2020 3:31 PM
**To:** [ANTHONY@ATDLaw.com](mailto:ANTHONY@ATDLaw.com)
**Cc:** Deirdre E. Tracey <[detracey@arfdlaw.com](mailto:detracey@arfdlaw.com)>
**Subject:**

Mr. DiPietro,

Enclosed you will find a meet and confer letter regarding the Amended Summons and Amended Complaint that were served on Dr. Hadden on June 24, 2020.
Please advise of your decision and response within 5 days.

Thank you for your prompt attention to this matter.

**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)

<image001.png>

[www.vlhd-law.com](http://www.vlhd-law.com)

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

<MeetConfer Letter to Plaintiff re service in 2018 action.docx>

# Olena Sharvan

**From:** Anthony T. DiPietro, Esq. <ANTHONY@ATDLaw.com>
**Sent:** Tuesday, July 14, 2020 4:34 PM
**To:** Olena Sharvan
**Cc:** Deirdre E. Tracey
**Subject:** [EXTERNAL]Re: [EXTERNAL]Re: Hoechstetter et al v. Columbia et al - meet & confer letter

I am available on the 24th but I'm trying to confirm the availability of co-counsel. I we're available that day, does it work for you?

**Anthony T. DiPietro, Esq.**
Patient Safety & Medical Malpractice Attorney
233 Broadway, Suite 880
New York, NY 10279
Ph:      (212) 233-3600
Fax:     (212) 202-7575
Web:  ATDLaw.com

**Connect With Me:**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

THIS EMAIL DOES NOT CREATE AN ATTORNEY CLIENT PRIVILEGE. THE LAWYERS IN THIS OFFICE CAN ONLY ACT AS YOUR ATTORNEY IF YOU HAVE SIGNED A RETAINER WITH US. This transmission may be: (1) subject to the Attorney-Client Privilege; (2) an attorney work product; or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of State and Federal Criminal Law.

On Jul 13, 2020, at 7:58 PM, Olena Sharvan <osharvan@vlhd-law.com> wrote:

Yes, of course.
However, the e-mail with the same letter was sent to the same address and did not return as undelivered. Also, everybody cc'd received the letter.
Please see attached the letter that was attached to my July 8th e-mail.

Best regards,


**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)

<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this e-mail message is addressed. This e-mail may be covered by the Electronic

Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this e-mail without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

---

**From:** Anthony T. DiPietro, Esq. <ANTHONY@ATDLaw.com>
**Sent:** Monday, July 13, 2020 7:47 PM
**To:** Olena Sharvan <osharvan@vlhd-law.com>
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>; Maria D'Onofrio <maria@atdlaw.com>
**Subject:** [EXTERNAL]Re:

Neither Maria, nor I, have the letter you're referring to. Did you email it to us? Can you resend it?

Anthony.


On Jul 13, 2020, at 2:51 PM, Olena Sharvan <osharvan@vlhd-law.com> wrote:


Mr. DiPietro,

I am writing to follow-up on your response to our meet and confer letter from July 8, 2020.
Please provide your decision and response at this time.

Thank you,


**Olena Sharvan**
Attorneys at Law
**Vaslas Lepowsky Hauss & Danke LLP**
201 Edward Curry Avenue
Staten Island, NY 10314
Cell phone: 551-358-3603
e-mail: osharvan@vlhd-law.com


<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender

2

718-761-9300. Thank you.

immediately by telephone or e-mail and destroy the original message without making a copy. Our
telephone number is 718-761-9300. Thank you.

---

**From:** Olena Sharvan
**Sent:** Wednesday, July 8, 2020 3:31 PM
**To:** ANTHONY@ATDLaw.com
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>
**Subject:**

Mr. DiPietro,

Enclosed you will find a meet and confer letter regarding the Amended Summons and
Amended Complaint that were served on Dr. Hadden on June 24, 2020.
Please advise of your decision and response within 5 days.

Thank you for your prompt attention to this matter.

**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)

<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains
confidential information intended only for the person(s) to whom this email message is addressed. This e-
mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides
criminal penalties for your use of this email without permission. This message may contain Protected Health
Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable
requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including
any amendments thereto. If you have received this e-mail message in error, please notify the sender
immediately by telephone or e-mail and destroy the original message without making a copy. Our
telephone number is 718-761-9300. Thank you.

<MeetConfer Letter to Plaintiff re service in 2018 action.docx>

| | |
|---|---|
| **From:** | Olena Sharvan |
| **Sent:** | Tuesday, July 14, 2020 6:35 PM |
| **To:** | Anthony T. DiPietro, Esq. |
| **Cc:** | Deirdre E. Tracey |
| **Subject:** | RE: [EXTERNAL]Re: [EXTERNAL]Re: [EXTERNAL]Re: Hoechstetter et al v. Columbia et al - meet & confer letter |


There is no need for an actual meet and confer, which we never requested. In our July 8, 2020 letter, we simply requested that you immediately withdraw the Amended Summons and Amended Complaint served on Dr. Hadden on June 24, 2020, together with the Affidavit of Service, due to direct violation of Rule 4 of the FRCP. Please advise of your decision whether you will withdraw the improper service at this time. Should you refuse or fail to withdraw the improper summons and complaint by 2 p.m. tomorrow (July 15, 2020), we will request the Court's intervention.


Sincerely,


**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)



www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

**From:** Anthony T. DiPietro, Esq. <ANTHONY@ATDLaw.com>
**Sent:** Tuesday, July 14, 2020 5:33 PM
**To:** Olena Sharvan <osharvan@vlhd-law.com>
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>
**Subject:** [EXTERNAL]Re: [EXTERNAL]Re: [EXTERNAL]Re: Hoechstetter et al v. Columbia et al - meet & confer letter

I'm checking with co-counsel to see if we can conduct the meet and confer, that you requested, on July 24th. It's my understanding that you asked that we meet and confer to discuss the issue. Ironically, this is the same issue that I

attempted to discuss with Mr. Dalton of your firm several weeks ago, but he refused to get back to me. Are you available on July 24th?

**Anthony T. DiPietro, Esq.**
Patient Safety & Medical Malpractice Attorney
233 Broadway, Suite 880
New York, NY 10279
Ph:      (212) 233-3600
Fax:     (212) 202-7575
Web:  ATDLaw.com

**Connect With Me:**



THIS EMAIL DOES NOT CREATE AN ATTORNEY CLIENT PRIVILEGE. THE LAWYERS IN THIS OFFICE CAN ONLY ACT AS YOUR ATTORNEY IF YOU HAVE SIGNED A RETAINER WITH US. This transmission may be: (1) subject to the Attorney-Client Privilege; (2) an attorney work product; or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of State and Federal Criminal Law.

On Jul 14, 2020, at 5:20 PM, Olena Sharvan <osharvan@vlhd-law.com> wrote:

Can you please clarify what do you mean?
Also, can you please advise what your position is with respect to withdrawing the improper service of the Amended Summons and Amended Complaint with Affidavit of Service that was filed with SDNY on July 2, 2020?

**From:** Anthony T. DiPietro, Esq. <ANTHONY@ATDLaw.com>
**Sent:** Tuesday, July 14, 2020 4:34 PM
**To:** Olena Sharvan <osharvan@vlhd-law.com>
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>
**Subject:** [EXTERNAL]Re: [EXTERNAL]Re: Hoechstetter et al v. Columbia et al - meet & confer letter

I am available on the 24th but I'm trying to confirm the availability of co-counsel. I we're available that day, does it work for you?

**Anthony T. DiPietro, Esq.**
Patient Safety & Medical Malpractice Attorney
233 Broadway, Suite 880
New York, NY 10279
Ph:      (212) 233-3600
Fax:     (212) 202-7575
Web:  ATDLaw.com

**Connect With Me:**




THIS EMAIL DOES NOT CREATE AN ATTORNEY CLIENT PRIVILEGE. THE LAWYERS IN THIS OFFICE CAN ONLY ACT AS YOUR ATTORNEY IF YOU HAVE SIGNED A RETAINER WITH US. This transmission may be: (1) subject to the Attorney-Client Privilege; (2) an attorney work product; or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of State and Federal Criminal Law.

On Jul 13, 2020, at 7:58 PM, Olena Sharvan <osharvan@vlhd-law.com> wrote:

Yes, of course.

However, the e-mail with the same letter was sent to the same address and did not return as undelivered. Also, everybody cc'd received the letter.
Please see attached the letter that was attached to my July 8th e-mail.

Best regards,


**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law
201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)

<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this e-mail message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this e-mail without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.

---

**From:** Anthony T. DiPietro, Esq. <ANTHONY@ATDLaw.com>
**Sent:** Monday, July 13, 2020 7:47 PM
**To:** Olena Sharvan <osharvan@vlhd-law.com>
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>; Maria D'Onofrio <maria@atdlaw.com>
**Subject:** [EXTERNAL]Re:

Neither Maria, nor I, have the letter you're referring to. Did you email it to us? Can you resend it?

Anthony.



On Jul 13, 2020, at 2:51 PM, Olena Sharvan <osharvan@vlhd-law.com> wrote:


Mr. DiPietro,

I am writing to follow-up on your response to our meet and confer letter from July 8, 2020.

Please provide your decision and response at this time.

Thank you,


**Olena Sharvan**
Attorneys at Law
**Vaslas Lepowsky Hauss & Danke LLP**
201 Edward Curry Avenue
Staten Island, NY 10314
Cell phone: 551-358-3603
e-mail: osharvan@vlhd-law.com


<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 718-761-9300. Thank you.


**From:** Olena Sharvan
**Sent:** Wednesday, July 8, 2020 3:31 PM
**To:** ANTHONY@ATDLaw.com
**Cc:** Deirdre E. Tracey <detracey@arfdlaw.com>
**Subject:**

Mr. DiPietro,

Enclosed you will find a meet and confer letter regarding the Amended Summons and Amended Complaint that were served on Dr. Hadden on June 24, 2020.
Please advise of your decision and response within 5 days.

Thank you for your prompt attention to this matter.


**Olena Sharvan**
Associate Attorney
**Vaslas Lepowsky Hauss & Danke LLP**
Attorneys at Law

201 Edward Curry Avenue
Staten Island, NY 10314
718-761-9300
347-695-4536 (direct)

<image001.png>

www.vlhd-law.com

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege
and contains confidential information intended only for the person(s) to whom this
email message is addressed. This e-mail may be covered by the Electronic
Communications Privacy Act, 18 U.S.C. §2510-2521, which provides criminal penalties
for your use of this email without permission. This message may contain Protected
Health Information covered under HIPAA Rules and HITECH Standards including, but not
limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. §§ 164.308,
164.310,164.312 and 164.316, including any amendments thereto. If you have received
this e-mail message in error, please notify the sender immediately by telephone or e-
mail and destroy the original message without making a copy. Our telephone number is
718-761-9300. Thank you.

<MeetConfer Letter to Plaintiff re service in 2018 action.docx>