USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/28/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**HOECHSTETTER et al,**

                        **Plaintiff,**

-against-

**COLUMBIA UNIVERSITY ET AL,**

                        **Defendants.**

**19-cv-02978 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report by September 11, 2020 providing details regarding the trustee's decision whether or not to conduct a source code analysis.

**SO ORDERED.**

Dated: August 28, 2020
      New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**