# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio
(212) 593-5458
pjfazio@arfdlaw.com

September 22, 2020

**VIA ECF**

United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Attention: Honorable Judge Andrew L. Carter, Jr.

Re:  Hoechstetter et al v. Columbia University et al,
     Civil No.:    19-cv-02978
     Our File No:  150.562

Dear Judge Carter:

      Our office represents The Trustees Of Columbia University In The City Of New York s/h/a "Columbia University," "Columbia University College Of Physicians And Surgeons," "Columbia -Presbyterian Medical Center, East Side Associates," and Columbia Cornell Network Physicians, Inc.", and The New York And Presbyterian Hospital s/h/a "The New York And Presbyterian Hospital," "Columbia University Medical Center," "Presbyterian Hospital Physician Services Organization, Inc.," and "Sloane Hospital For Women" in the above-entitled action.

      Pursuant to this Court's August 29, 2020 order (Docket 72), please permit this to serve as a joint status update. On the order of the Court and by request of the parties (Docket 69), this matter was stayed on August 14, 2020 so that the Plaintiffs, Columbia University, et al. and New York Presbyterian Hospital, could proceed to a mediation.

      Please be advised that the mediation is set to occur over two days on October 6th and 7th, 2020. With the Court's permission, the parties would like to provide the Court with a further joint update on October 9, 2020.

Thank you for your consideration.

United States District Court, Southern District of New York
Attention:  Honorable Judge Andrew L. Carter, Jr.
September 22, 2020
Re:  Hoechstetter et al v. Columbia University et al; Civil No.: l:19-cv-02978-ALC

Very truly yours,

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

PETER J. FAZIO /s/

Peter J. Fazio

Jay A. Rappaport

Cc: All Parties

VIA ECF
Neal Brickman, P.C.
Attorneys for Plaintiffs
420 Lexington Avenue, Suite 2440
New York, New York 10170


VIA ECF
Vaslas, Lepowsky, Hauss & Danke, LLP
Attorneys for Defendant Robert Hadden
201 Edward Curry Avenue, Suite 100
Staten Island, New York 10314

VIA ECF
The Law Offices of Anthony T. DiPietro, P.C.
Attorneys for Plaintiffs in Related Actions
The Woolworth Building
233 Broadway, Suite 880
New York, New York 10279

VIA ECF
Slater Slater Schulman, LLP
Attorneys for Plaintiffs
488 Madison Avenue, 20th Floor
New York, New York 10022
Attention: Adam P. Slater