

**SLATER SLATER SCHULMAN LLP**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __October 13, 2020__

October 9, 2020

**VIA ECF**
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Attention: Honorable Judge Andrew L. Carter, Jr.

**MEMO ENDORSED**

Re: Hoechstetter et al v. Columbia University et al.
Civil No.: 19-cv-02978
Civil No.: 20-cv-01791

Dear Judge Carter:

Pursuant to the Court's September 30, 2020 Text Orders on the above reference matters (19-cv-02978 Docket Number 74 and 20-cv-02978 Docket Number 17), please permit this to serve as a joint update on the above matters.

As previously advised, counsel for Plaintiffs together with counsel for Defendants Columbia University, et al. and New York Presbyterian Hospital executed an "Agreement" memorializing the parties' belief that "…it is in their mutual interest to pursue settlement of the Claims at this time" and "that the parties agree to proceed in good faith…" Pursuant to that Agreement, in part, each Claimant was to provide a questionnaire to the Defendants Columbia University, et al. and New York Presbyterian Hospital. In addition, the above referenced parties were to engage the services of a private mediator to assist in settlement negotiations.

Plaintiffs' counsel has provided a number of questionnaires and the above referenced parties began the mediation on October 6th and continued through October 7th. While the matters have not been resolved, the parties to the above referenced agreement will be meeting with the mediator again on October 12th and 16th, 2020.

In light of the ongoing mediation, the parties jointly request that the actions remain stayed for an additional forty-five days to November 27th, 2020, at which time the parties will provide the Court with another joint update.

Thank you for your consideration.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
October 13, 2020
**The parties shall file a joint status report by November 27, 2020**

Very truly yours,

Adam P. Slater, Esq.

www.sssfirm.com

MANHATTAN    LONG ISLAND    PENNSYLVANIA    NEW JERSEY    LOS ANGELES

445 Broad Hollow Road, Suite 419, Melville, NY 11747 | 631.420.9300