


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 26, 2021

July 23, 2021

**Via ECF and courtesy copy via email:**
**(ALCarterNYSDChambers@nysd.uscourts.gov)**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

**MEMO ENDORSED**

      Re:    1:19-cv-02978-ALC and 1:20-cv-01791-ALC
             *Plaintiffs' Request for Adjournment and Stay or Pre-Motion Conference*

Dear Judge Carter:

    Our office, as counsel for Plaintiffs Hoechstetter, *et al.* in the above-referenced matter and in accordance with Your Honor's Individual Practices, writes to advise the Court of recent developments between the parties.

    On July 30, 2020, the undersigned counsel for Plaintiffs together with counsel for Defendants Columbia University, *et al.* and New York Presbyterian Hospital executed an "Agreement" memorializing the parties' belief that "… it is in their mutual interest to pursue settlement of the Claims at this time" and "that the parties agree to proceed in good faith …." Pursuant to the Agreement, and prior to the commencement of settlement discussions between the parties, Plaintiffs served upon Defendants Columbia University, *et al.* and New York Presbyterian Hospital Plaintiff questionnaires. As directed by the Court, on October 9, 2020 the parties submitted a joint letter update advising the Court of the status of negotiations and requesting a continued stay while the parties continued to negotiate. This matter is currently calendared for a July 27 telephonic status conference.

    The parties are pleased to report that progress has been made during our constructive settlement negotiations. The parties anticipate holding several additional negotiation sessions in the coming weeks and months given that our mutual desire to work together toward achieving a fair resolution remains strong.

    Due, in part to the summer vacation schedules of the people participating in the negotiations, the parties request an extension until the week of September 6, 2021 for the telephone conference.

    Thank you for your consideration of the foregoing.

Very truly yours,

*/s/ Adam P. Slater*

Adam P. Slater, Esq.
*Counsel for Plaintiffs*
Slater Slater Schulman LLP

cc:    **All Parties Via ECF**
        **Magistrate Judge Katharine H. Parker Via Email:**
        **Parker_NYSDChambers@nysd.uscourts.gov**

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**July 26, 2021**
The Court adjourns the telephone conference to September 7, 2021 at 11:00 a.m. Plaintiffs' Counsel shall initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660).