```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: September 30, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MARISSA HOECHSTETTER ET AL,

                    Plaintiffs,

        -against-

COLUMBIA UNIVERSITY ET AL,

                    Defendants.

**19-cv-2978 (ALC)**

**ORDER**

------------------------------------------------------------ x

------------------------------------------------------------ x

JANE DOE 16 ET AL,

                    Plaintiffs,

        -against-

COLUMBIA UNIVERSITY ET AL,

                    Defendant.

**20-cv-1791 (ALC)**

**ORDER**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court adjourns the October 14, 2021 conference in this matter. The Court shall hold a telephone conference in this matter on November 11, 2021 at 11:00 a.m. Plaintiffs' Counsel shall initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

  **Dated**:  September 30, 2021
               New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**