USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/2/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**MARISSA HOECHSTETTER ET AL,**

      **Plaintiffs,**

  -against-

**COLUMBIA UNIVERSITY ET AL,**

      **Defendants.**

------------------------------------------------------------ x

**JANE DOE 16 ET AL,**

      **Plaintiffs,**

  -against-

**COLUMBIA UNIVERSITY ET AL,**

      **Defendant.**

------------------------------------------------------------ x

**19-cv-2978 (ALC)**

<u>**ORDER**</u>

**20-cv-1791 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

A telephonic conference is currently scheduled for November 15, 2021 at 2:00PM. **The hearing is hereby ADJOURNED until December 1, 2021 at 12:00PM.** Plaintiffs' Counsel shall initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated: November 2, 2021
    New York, New York

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**