```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/6/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**MARISSA HOECHSTETTER ET AL,**

                             **Plaintiffs,**

                -against-

**COLUMBIA UNIVERSITY ET AL,**

                            **Defendants.**

**19-cv-2978 (ALC)**

**AMENDED ORDER**

------------------------------------------------------------ x

**JANE DOE 16 ET AL,**

                             **Plaintiffs,**

                -against-

**COLUMBIA UNIVERSITY ET AL,**

                            **Defendant.**

**20-cv-1791 (ALC)**

**AMENDED ORDER**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Katharine H. Parker for the following purpose:

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |

| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
|---|---|---|---|

**SO ORDERED.**

**Dated:   December 6, 2021**
**New York, New York**

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**