```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARISSA HOECHSTETTER, et al.,

                       Plaintiffs,

      -against-

COLUMBIA UNIVERSITY, et al.,

                       Defendants.
------------------------------------------------------------------X
JANE DOE 16, et al.,

                       Plaintiffs,

      -against-

COLUMBIA UNIVERSITY, et al.,

                       Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**19-CV-2978 (ALC) (KHP)**

**20-CV-1791 (ALC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Case Management Conference in these matters is hereby scheduled for **Tuesday, January 11, 2022 at 12:30 p.m.** The parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the appropriate time.

      **SO ORDERED.**

DATED:    New York, New York
                December 7, 2021

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge