USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MARISSA HOECHSTETTER, et al.,

                              Plaintiffs,

        -against-

COLUMBIA UNIVERSITY, et al.,

                              Defendants.

-----------------------------------------------------------------X

JANE DOE 16, et al.,

                              Plaintiffs,

        -against-

COLUMBIA UNIVERSITY, et al.,

                              Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**19-CV-2978 (ALC) (KHP)**

**20-CV-1791 (ALC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A settlement conference in these matters are hereby scheduled for **Wednesday, March 23, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-

conference submissions must be received by the Court no later than **March 16, 2022 by 5:00 p.m.**

**SO ORDERED.**

DATED:    New York, New York
          January 11, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge