USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARISSA HOECHSTETTER, et al.,

                              Plaintiffs,

       -against-

COLUMBIA UNIVERSITY, et al.,

                              Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCES**

**19-CV-2978 (ALC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A series of Case Management conferences in this matter are hereby scheduled for the following dates in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **The parties shall file a joint status letter that includes agenda items three business days in advance of each conference. The letters shall be no more than three pages in length.**

    **Wednesday, April 20, 2022 at 2:00 p.m.**

    **Wednesday, May 25, 2022 at 2:45 p.m.**

    **Wednesday, June 29, 2022 at 2:00 p.m.**

    **Tuesday, July 19, 2022 at 10:00 a.m.**

    **Tuesday, August 23, 2022 at 10:00 a.m.**

    **Tuesday, September 13, 2022 at 10:00 a.m.**

    **Tuesday, October 25, 2022 at 10:00 a.m.**

    **Tuesday, November 15, 2022 at 10:00 a.m.**

    **Thursday, December 15, 2022 at 10:00 a.m.**

**SO ORDERED.**

DATED:   New York, New York
         March 24, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge