USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARISSA HOECHSTETTER, et al.,

                                Plaintiffs,

      -against-

COLUMBIA UNIVERSITY, et al.,

                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCES**

**19-CV-2978 (ALC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Settlement Conferences in this matter are hereby scheduled on the following dates in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York:

    **Tuesday, April 26, 2022 at 2:00 p.m.**

    **Tuesday, May 17, 2022 at 2:00 p.m.**

    **Monday, May 23, 2022 at 10:00 a.m.**

    **Thursday, June 16, 2022 at 10:00 a.m.**

Parties must attend in-person with their counsel unless excused by the Court. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel may be sanctioned for failing to comply with these requirements. Dr. Hadden and his counsel are excused from attendance at these settlement conferences.

By April 6, 2022, Plaintiffs and any other individuals who are participating in global settlement discussions shall complete and personally sign the questionnaire and provide it to Defense counsel.

By April 13, counsel for the parties participating in these settlement conferences shall submit Excel spreadsheets to the Court containing the information discussed at today's settlement conference. These spreadsheets shall be submitted *ex parte* by each side. They shall be submitted in native format and emailed to Judge Parker's Chambers email address.

Each Plaintiff participating in the settlement discussions shall be required to sign the Court's Settlement Conference Sign-In Sheet and Confidentiality Agreement on or before April 26, 2022.

Counsel are encouraged to discuss the settlement process and exchange demands and counterproposals in advance of April 26, 2022 and resolve as many issues on their own as possible.

**Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**

SO ORDERED.

DATED:   New York, New York
         March 24, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge