# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio
(212) 593-5458
pjfazio@arfdlaw.com

April 7, 2022

**VIA ECF**
United States District Court
40 Foley Square
New York, New York 10007
Attention: Honorable Magistrate Judge Katharine H. Parker

Re:   Hoechstetter et al v. Columbia University, et al.;
      Civil No.: l:19-cv-02978- (ALC) (KHP)
      Jane Doe 16, et al v. Columbia University, et. al.
      Civil No.: 20-cv-1791 (ALC) (KHP)
      Our File No:   150.562

Dear Judge Parker:

Columbia University (the "University") and New York Presbyterian Hospital (the "Hospital") write in reference to the letter filed by the United States Attorney's Office for the Southern District of New York on April 6, 2022 (ECF 62 and ECF 116).

The University and Hospital appreciate the government's input on this matter and are mindful of the government's interest in the criminal prosecution of Robert Hadden. As the government indicates, the University and Hospital take no position on extending the deadline for plaintiffs to submit confidential claimant questionnaires until May 6, 2022 while the government considers this issue. However, the University and Hospital respectfully reserve the right to object to any stay of discovery.

Respectfully submitted,

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

*Peter J. Fazio*

Peter J. Fazio

United States District Court, Southern District of New York
Attention:  Honorable Judge Andrew L. Carter, Jr.
April 7, 2022
Re:  Civil No.s: 19-cv-2978 and 20-cv-1791

Cc:

VIA ECF
The Law Offices of Anthony T. DiPietro, P.C.
Attorneys for Plaintiffs in Related Actions
The Woolworth Building
233 Broadway, Suite 880
New York, New York 10279

VIA ECF
Vaslas, Lepowsky, Hauss & Danke, LLP
Attorneys for Defendant Robert Hadden
201 Edward Curry Avenue, Suite 100
Staten Island, New York 10314

VIA ECF
United States Attorney
Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007