USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARISSA HOECHSTETTER, et al.,

                Plaintiffs,

-against-

COLUMBIA UNIVERSITY, et al.,

                Defendants.

-----------------------------------------------------------------X

19-CV-2978 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Plaintiffs' time to file an Amended Complaint is extended to May 6, 2022. Defendants shall have 30 days thereafter (that is, to June 6, 2022) to respond to the Amended Complaint. The Court directs the parties to meet and confer regarding potential statute of limitations issues raised in Plaintiffs' April 13, 2022 letter and be prepared to discuss their positions at the April 20, 2022 conference. The Court will address the timing for initial disclosures at the April 20, 2022 conference.

      SO ORDERED.

Dated: Thursday, April 14, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge