# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio
(212) 593-5458
pjfazio@arfdlaw.com

April 15, 2022

**VIA ECF**
United States District Court
40 Foley Square
New York, New York 10007
Attention: Honorable Magistrate Judge Katharine H. Parker

Re:   Hoechstetter et al v. Columbia University, et al.
      Civil No.: l:19-cv-02978- (ALC) (KHP)
      Jane Doe 16, et al v. Columbia University, et. al.
      Civil No.: 20-cv-1791 (ALC) (KHP)
      Our File No:   150.562

Dear Judge Parker:

We write pursuant to Your Honor's request for a joint status update. In advance of the April 20, 2022 conference, the Parties will meet and confer pursuant to the Court's April 14, 2022 order and will be prepared to discuss the topics raised therein.

Respectfully submitted,

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

*Peter J. Fazio*

Peter J. Fazio

Cc:
VIA ECF
The Law Offices of Anthony T. DiPietro, P.C.
Attorneys for Plaintiffs in Related Actions
The Woolworth Building
233 Broadway, Suite 880
New York, New York 10279

VIA ECF
Vaslas, Lepowsky, Hauss & Danke, LLP
Attorneys for Defendant Robert Hadden
201 Edward Curry Avenue, Suite 100
Staten Island, New York 10314