```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARISSA HOECHSTETTER, et al.,

                            Plaintiffs,                        **19-CV-2978 (ALC) (KHP)**

        -against-                                               **ORDER**

COLUMBIA UNIVERSITY, et al.,

                            Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The United States of America, represented by Paul Michael Monteleoni, is requested to attend the Case Management Conference set for 5/25/2022 at 02:45 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker.

**SO ORDERED.**

Dated: May 10, 2022
       New York, New York                             KATHARINE H. PARKER
                                                                United States Magistrate Judge