# AARONSON RAPPAPORT
## Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio<br>
(212) 593-5458<br>
pjfazio@arfdlaw.com

May 10, 2022

**VIA ECF**
United States District Court
40 Foley Square
New York, New York 10007
Attention: Honorable Magistrate Judge Katharine H. Parker

Re:   Hoechstetter et al v. Columbia University, et al.;
      Civil No.: l:19-cv-02978- (ALC) (KHP)
      Jane Doe 16, et al v. Columbia University, et. al.
      Civil No.: 20-cv-1791 (ALC) (KHP)
      Our File No:   150.562

Dear Judge Parker:

Columbia University (the "University") and New York Presbyterian Hospital (the "Hospital") write in reference to the letter filed by the United States Attorney's Office for the Southern District of New York on May 5, 2022 (ECF 74) and the letter response filed by counsel for Robert Hadden on May 7, 2022 (ECF 76). The University and Hospital are mindful of the government's interest in the criminal prosecution of Robert Hadden and do not object to the government's request for a limited stay of all fact discovery through August 8, 2022, which allows for document discovery to proceed during this period on an attorneys'-eyes-only basis.

The University and Hospital are prepared to discuss this position with the Court at Your Honor's convenience, if helpful.

Respectfully submitted,

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

*Peter J. Fazio*

Peter J. Fazio

United States District Court, Southern District of New York
Attention:  Honorable Judge Andrew L. Carter, Jr.
May 10, 2022
Re:  Civil No.s: 19-cv-2978 and 20-cv-1791

Cc:

VIA ECF
The Law Offices of Anthony T. DiPietro, P.C.
Attorneys for Plaintiffs in Related Actions
The Woolworth Building
233 Broadway, Suite 880
New York, New York 10279

VIA ECF
Vaslas, Lepowsky, Hauss & Danke, LLP
Attorneys for Defendant Robert Hadden
201 Edward Curry Avenue, Suite 100
Staten Island, New York 10314

VIA ECF
United States Attorney
Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007