# AARONSON RAPPAPORT
## Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio<br>
(212) 593-5458<br>
pjfazio@arfdlaw.com

May 20, 2022

**VIA ECF**
United States District Court
40 Foley Square
New York, New York 10007
Attention: Honorable Magistrate Judge Katharine H. Parker

Re:   Hoechstetter et al v. Columbia University, et al.;
      Civil No.: l:19-cv-02978- (ALC) (KHP)
      Jane Doe 16, et al v. Columbia University, et. al.
      Civil No.: 20-cv-1791 (ALC) (KHP)
      Our File No:   150.562

Dear Judge Parker:

We write pursuant to Your Honor's request for a joint status update. In advance of the May 25, 2022 status conference, the Parties advise the Court that pursuant to prior Court order, the Plaintiffs have attempted to file their amended complaints, the parties have exchanged Initial Rule 26(a)(1) disclosures, and we will be prepared to discuss the amended complaints and the US Attorney General's request to stay certain aspects of discovery in the civil cases pending before the Court.

Respectfully submitted,
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

*Peter J. Fazio*

Peter J. Fazio

Cc:
VIA ECF
The Law Offices of Anthony T. DiPietro, P.C.
Attorneys for Plaintiffs in Related Actions
The Woolworth Building
233 Broadway, Suite 880
New York, New York 10279

Vaslas, Lepowsky, Hauss & Danke, LLP
Attorneys for Defendant Robert Hadden
201 Edward Curry Avenue, Suite 100
Staten Island, New York 10314

United States District Court, Southern District of New York
Attention:  Honorable Magistrate Judge Katharine H. Parker
May 20, 2022
Re:  Civil No.s: 19-cv-2978 and 20-cv-1791

Ropes & Gray, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199