**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARISSA HOECHSTETTER, et al.,

                           Plaintiffs,         **19-CV-2978 (ALC) (KHP)**

      -against-

                                                    **ORDER**

COLUMBIA UNIVERSITY, et al.,

                           Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On May 27, 2022, Counsel for Plaintiffs emailed Chambers stating:

> Good afternoon Judge Parker — I spoke with the SDNY Clerk who referred me to Attorney Services pertaining to the Amended Complaints that were filed in the above captioned cases. I've been informed that the original amended complaint was uploaded timely on May 6, 2022 (as we know), but because of the fact that I mistakenly clicked "all defendants" when uploading the Amended Pleading, the filing was flagged as "deficient". Because the Clerk's notification was sent on May 9, 2022, three (3) days following the due date of filing (which resulted in me correcting the manner the document was uploaded on that date as well) the Clerk informed me that I should contact Your Honor and request that you "send a note" to Attorney Services authorizing them to accept the amended complaint. She also said "all the attorneys do this" (meaning, erroneously selecting that the pleading be filed against "all defendants" instead of manually selecting each defendant). I'm around if you'd like to discuss this further. . . .

      Counsel is directed to file a letter on ECF regarding any scheduling matters or matters pertaining to the filing of the Amended Complaint.

      As discussed at the case management conference on May 25, 2022, the proposed amended pleading that was marked as "deficient" contains deficiencies that must be cured before it can be filed. The deficiencies include improperly removing parties from the pleading

without complying with Federal Rule of Civil Procedure 41.  Plaintiff shall make the corrections and refiled a Corrected Amended Complaint by no later than June 1, 2022.

**SO ORDERED.**

Dated:  May 31, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge