USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARISSA HOECHSTETTER, et al.,

                        Plaintiffs,                      **19-CV-2978 (ALC) (KHP)**

     -against-                                              **ORDER**

COLUMBIA UNIVERSITY, et al.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On May 26, 2022, in light of the fact that Plaintiff Jane Doe #23 is no longer represented by Anthony T. DiPietro, Jason A Stewart, Jonathan Eric Schulman, and Neal Brickman, I ordered Jane Doe #23's new counsel to make an appearance by June 1, 2022. (ECF No. 137.) As no counsel for Jane Doe #23 has made an appearance, the Court will treat Jane Doe #23 as proceeding pro se. Counsel for the other Plaintiffs is directed to mail a copy of this order to Plaintiff Jane Doe #23 and advise her of her duty to prosecute her case and attend the upcoming case management conference on June 15, 2022, at 4:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007. Plaintiff Jane Doe #23 is excused from attendance at the July 13, 2022 settlement conference.

**SO ORDERED.**

Dated: June 8, 2022
       New York, New York

                                                KATHARINE H. PARKER
                                                United States Magistrate Judge