**AARONSON RAPPAPORT**
Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio<br>
(212) 593-5458<br>
pjfazio@arfdlaw.com

June 13, 2022
**VIA ECF**

United States District Court
40 Foley Square
New York, New York 10007
Attention: Honorable Magistrate Judge Katharine H. Parker

Re:  Hoechstetter et al v. Columbia University, et al.;
Civil No.: l:19-cv-02978- (ALC) (KHP)
Jane Doe 16, et al v. Columbia University, et. al.
Civil No.: 20-cv-1791 (ALC) (KHP)
Our File No:   150.562

Dear Judge Parker:

We write pursuant to Your Honor's request for a joint status update. In advance of the June 15, 2022 status conference, the Parties advise the Court that pursuant to prior Court orders, the Plaintiffs filed their Amended Complaints in both actions: 19-cv-02978 and 20-cv-01791, the latter (Document 77) has been accepted by the clerk, and the notice of deficiency has now been removed.

As previously communicated, Defendant Hadden maintains that the Amended Complaint in 19-cv-02978 represents a nullity as to Defendant Hadden since he has never been properly served with the summons and complaint in this action.

Defendant Hadden requests that the Court provide additional time to serve his responsive pleadings. Since Defendant Hadden is still not in possession of the necessary records, time is needed to review and analyze the plaintiffs' records to confirm their identity and dates of treatment and evaluate the basis of their claims against the defendants.

On June 13, 2022, Plaintiffs also served their First Demand for Production of various documentary material from both the corporate defendants and defendant Robert Hadden.

Respectfully submitted,
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

*Peter J. Fazio*

Peter J. Fazio

United States District Court, Southern District of New York
Attention:  Honorable Magistrate Judge Katharine H. Parker
June 13, 2022
Re:  Civil No.s: 19-cv-2978 and 20-cv-1791


Cc:
VIA ECF
The Law Offices of Anthony T. DiPietro, P.C.
Attorneys for Plaintiffs in Related Actions
The Woolworth Building
233 Broadway, Suite 880
New York, New York 10279

Vaslas, Lepowsky, Hauss & Danke, LLP
Attorneys for Defendant Robert Hadden
201 Edward Curry Avenue, Suite 100
Staten Island, New York 10314
Ropes & Gray, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199