**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MARISSA HOECHSTETTER, et al.,

                                 Plaintiffs,

                 -against-

COLUMBIA UNIVERSITY, et al.,

                                Defendants.

---------------------------------------------------------------X

JANE DOE 16, *individually and on behalf of all similarly situated*,

                                 Plaintiffs,

                 -against-

COLUMBIA UNIVERSITY, et al.,

                                Defendants.

---------------------------------------------------------------X

**19-CV-2978 (ALC) (KHP)**
**20-CV-1791 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the June 15, 2022 Case Management Conference, the parties are directed to confer and submit a joint letter proposing dates for a briefing schedule on Defendants' anticipated pre-answer motion(s) to dismiss.  The letter must be filed by Wednesday, June 22, 2022.  The letter should include Defendants' positions regarding a dual-track schedule whereby briefing on the institutional Defendants' motion would occur prior to briefing on any separate motion by Defendant Hadden.

**SO ORDERED.**

Dated:  June 15, 2022
        New York, New York

                                   *Katharine H Parker*

                                   KATHARINE H. PARKER
                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2022