USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARISSA HOECHSTETTER, et al.,

                              Plaintiffs,              19-CV-2978 (ALC) (KHP)

       -against-                          ORDER SCHEDULING SETTLEMENT
                                                                    STATUS CONFERENCE

COLUMBIA UNIVERSITY, et al.,

                              Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for **<u>Friday, June 24, 2022 at 10:00 a.m.</u>**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, access code: 4858267.**

      SO ORDERED.

DATED:      New York, New York
                  June 22, 2022

                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge