

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022
```

June 22, 2022

James P. Dowden
T +1 617 951 7970
james.dowden@ropesgray.com

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312
Parker_NYSDChambers@nysd.uscourts.gov

Re:   *Hoechstetter et al v. Columbia University, et al.*  Civil No.: l:19-cv-02978- (ALC) (KHP); and
       *Jane Doe 16, et al v. Columbia University, et. al.*  Civil No.: 20-cv-1791 (ALC) (KHP)

Dear Judge Parker:

We write pursuant to Your Honor's request for a joint status update regarding a briefing schedule for Defendants' pre-answer motions.  The Parties consent to a "dual-track" briefing schedule whereby briefing of the Institutional Defendants' motion(s) would occur prior to briefing on any separate motion(s) by Defendant Hadden.

Defendants request that the Institutional Defendants' deadline to file their motion(s) be set for August 1, 2022, that Plaintiffs' deadline to respond be set for August 31, 2022, and that the Institutional Defendants receive 15 days thereafter to reply.

Plaintiffs request that the Institutional Defendants' deadline to file their motion(s) be set for August 15, 2022, that Plaintiffs' deadline to respond be set for September 30, 2022, and that the Institutional Defendants receive 15 days thereafter to reply.  In the alternative, Plaintiffs request the Institutional Defendants' deadline to file their motion(s) be set for September 1, 2022, that Plaintiffs' deadline to respond be set for September 30, 2022, and that the Institutional Defendants receive 15 days thereafter to reply.

Respectfully submitted,



ROPES & GRAY LLP

- 2 -                                                                                           June 22, 2022

James P. Dowden, Esq.
Ropes & Gray LLP


cc:     via ECF
Aaronson Rappaport Feinstein and Deutsch, LLP
Attorneys for Defendants
600 Third Avenue, 5th Floor
New York, NY 10016

The Law Offices of Anthony T. DiPietro, P.C.
Attorneys for Plaintiffs in Related Actions
The Woolworth Building
233 Broadway, Suite 880
New York, New York 10279

Vaslas, Lepowsky, Hauss & Danke, LLP
Attorneys for Defendant Robert Hadden
201 Edward Curry Avenue, Suite 100
Staten Island, New York 10314

The Institutional Defendants' pre-answer motion(s) are due August 1, 2022.  The Plaintiffs' response(s) are due September 12, 2022.  The Defendants' reply/replies are due September 26, 2022.

The deadlines for Defendant Hadden's pre-answer motion(s) and any responses to the same will be set following the conclusion of the criminal trial against Defendant Hadden.

SO ORDERED:

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE  6/27/2022