UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARISSA HOECHSTETTER, et al.,

                Plaintiffs,

       -against-

COLUMBIA UNIVERSITY, et al.,

                Defendants.
-----------------------------------------------------------------X
JANE DOE 16, et al.,

                Plaintiffs,

       -against-

COLUMBIA UNIVERSITY, et al.,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

**19-CV-2978 (ALC) (KHP)**

**20-CV-1791 (ALC) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2022

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The Case Management Conference scheduled on Tuesday, July 19, 2022 at 10:00 a.m. is adjourned *sine die*.

    The Settlement Conference scheduled on August 16, 2022 at 10:00 a.m. is adjourned *sine die*. The Settlement Conference scheduled for 2:00 p.m. that same day remains as scheduled.

    At the June 15, 2022 Case Management Conference, Mr. John Lonuzzi represented that he is counsel for Jane Doe #23, but Mr. Lonuzzi has not filed a notice of appearance. Mr. Lonuzzi shall file a notice of appearance by **Wednesday, July 20, 2022**. Because Mr. Lonuzzi has

not yet filed an appearance, Mr. DiPietro is directed to mail a copy of this order to Plaintiff Jane Doe #23 and Mr. Lonuzzi.

Mr. DiPietro is directed to file a letter by **Wednesday, July 20, 2022** informing the Court and the Parties whether Plaintiffs will be seeking to add additional plaintiffs or claims to these actions.  Any amendments to the pleadings, if allowed, will be permitted only as consistent with the Federal Rules of Civil Procedure.  To the extent Plaintiffs seek to amend, the Court will establish a briefing schedule to the extent appropriate.

Finally, the parties are directed to meet and confer regarding the briefing schedule set by the Court at ECF No. 153 on the 19-cv-02978 docket.  The parties shall file a joint letter by **Monday, July 25, 2022** informing the Court of their position(s) regarding whether the briefing schedule should be adjusted.

**SO ORDERED.**

DATED:   New York, New York
         July 14, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge