USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2022

# Vlas Lepowsky & Hauss LLP

Attorneys at Law
201 Edward Curry Avenue
Staten Island, New York 10314

Telephone (718) 761-9300
Facsimile (718) 761-9090
www.vlhlaw.com

40 Broad Street, 7th floor
New York, NY 10004
Tel: (212) 374-9555

New Jersey Office
10 Auer Court
E. Brunswick, NJ 08816
Tel: (732) 613-5083

Olena Sharvan
Associate

Admitted in NY
osharvan@vlhlaw.com

---

> The Court has considered the below arguments presented by Defendant Hadden against the two-week extension of the limited stay of fact discovery in these civil actions, and finds they are unavailing. The Government argues that the short extension of the stay is necessary for it to determine whether a longer stay is needed to preserve the integrity of the criminal prosecution. Accordingly, the factors discussed in the Court's June 8, 2022 order continue to weigh in favor of a stay. Moreover, a two-week extension of the stay will not interrupt the integrity of these civil proceedings or slow down the proceedings, especially in light of the fact that document discovery may continue on an attorneys-eyes-only basis. Accordingly, fact discovery shall remain stayed in these civil actions through August 22, 2022, except that document discovery may proceed on an attorneys-eyes-only basis.
>
> SO ORDERED:
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE   8/9/2022

*Via ECF*
Hon. Magistrate Judge Katherine H. Parker
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Hoechstetter et al. v. Columbia University et al.**
**Civil No.: 19-cv-02978**
**Jane Doe #16 et al. v. Columbia University et al.**
**Civil No.: 20-cv-01791**
**VLH File No.: 21-18-010-15-E**
**Response to the U.S. Attorney's Request for a Stay**

Honorable Magistrate Judge Parker:

This office represents Defendant Robert Hadden, M.D. in the above-referenced matter. This letter is submitted in response to the letter-motion filed by the United States Attorney's Office for the Southern District of New York on August 2, 2022 (ECF 157 and ECF 95), requesting an extension of the stay of fact discovery for two additional weeks.

Defendant Hadden objects to the Government's request for continuation of the previously imposed stay of fact discovery. The Government previously argued that the stay of discovery was necessary due to the proximity of the trial. The stay was to give the Government the time and opportunity to identify trial witnesses and narrow the category of individuals as to whom it may seek a stay of testimonial discovery. The Government's request for an extension does not modify the scope of the requested stay and is based solely on the recent adjournment of the trial date in the criminal case against Defendant Hadden. The Government offers no explanations as to why additional time is needed and why the fact discovery in the federal civil cases should be stayed beyond August 8, 2022.

The Government had noticed thirty witnesses, including eight "statutory victims." (*See* No. 20-cr-00468 (RMB) (Dkt. 173). It is unclear how an adjournment of the trial influences or affects the Government's

Vaslas Lepowsky Hauss & Danke LLP

Honorable Magistrate Judge Katherine H. Parker
Re: Hoechstetter, et al. v. Columbia University, et al.
    Jane Doe #16 et al. v. Columbia University et al.
August 8, 2022
Page 2

decision as to which witnesses will be called to testify at trial and why the fact discovery would impact the criminal case. Since the Government has already begun producing Jencks Act and *Giglio* material regarding potential trial witnesses (ECF 157 and ECF 95), it is also unclear why the Government needs more time to decide what materials to exchange. Unless, the continued stay is meant to control the amount and scope of information available to the defense.

The Government argues that the continued stay of the civil actions will serve the public interest by preserving the integrity of the criminal prosecution against Defendant Hadden and by conserving private, public, and judicial resources. The Government offers no explanation as to how the requested stay will preserve the integrity of the criminal prosecution and/or conserve private, public, and judicial resources. Contrary to the Government's submission, it is our position that the continued stay would be unfair and would send out an unjustified message that Defendant Hadden would use the information obtained through the discovery in the civil cases to interfere with criminal prosecution. The integrity of the civil proceedings (free from unnecessary interference) and adherence to the principle of presumption of innocence are equally or even more important than the Government's interest in prosecuting the Defendant.

Since the Government has failed to meet the burden of sufficient justification for extending the stay, we respectfully oppose and ask that the Government's request be denied. Continuation of the stay would be prejudicial to Defendant Hadden and cause further delay in the civil actions. Besides tactical advantage for the Government, the continued stay carries no benefits for the parties in these civil actions.

For the foregoing reasons, Defendant Hadden respectfully objects to the Government's request to continue the stay of fact discovery beyond August 8, 2022.

This response is timely pursuant to the June 8, 2022 Court Order.

Respectfully submitted,

Olena Sharvan

CC:
**VIA ECF**
The Law Offices of Anthony T. DiPietro, P.C.

Aaronson Rappaport Feinstein & Deutsch, LLP

United States Attorney
Southern District of New York