USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MARISSA HOECHSTETTER, et al.,

                                Plaintiffs,

              -against-

COLUMBIA UNIVERSITY, et al.,

                                Defendants.

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**19-CV-2978 (ALC) (KHP)**

-----------------------------------------------------------------X

JANE DOE 16, et al.,

                                Plaintiffs,

              -against-

COLUMBIA UNIVERSITY, et al.,

                                Defendants.

**20-CV-1791 (ALC) (KHP)**

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Settlement Conference scheduled for **August 16, 2022** is hereby adjourned. A mutually agreeable date for the rescheduling of this proceeding will be discussed at the **August 23, 2022** Case Management Conference.

       **SO ORDERED.**

DATED:    New York, New York
               August 11, 2022

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge