```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MARISSA HOECHSTETTER, et al.,

                          Plaintiffs,

            -against-

COLUMBIA UNIVERSITY, et al.,

                         Defendants.
----------------------------------------------------------------X
JANE DOE 16, et al.,

                         Plaintiffs,

           -against-

COLUMBIA UNIVERSITY, et al.,

                         Defendants.
----------------------------------------------------------------X

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCES**

19-CV-2978 (ALC) (KHP)

20-CV-1791 (ALC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Following Case Management conferences in these matters are hereby adjourned *sine die.*

    **Tuesday, October 25, 2022 at 10:00 a.m.**

    **Tuesday, November 15, 2022 at 10:00 a.m.**

    **Thursday, December 15, 2022 at 10:00 a.m.**

**SO ORDERED.**

DATED:    New York, New York
                September 19, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge