UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISSA HOECHSTETTER, et al.,

                    Plaintiff,

-against-

COLUMBIA UNIVERSITY, et al.,

                    Defendant.

19-CV-2978 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **sixty days**.

**SO ORDERED.**

Dated: November 9, 2022
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**