USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: `12/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARISSA HOECHSTETTER, et al.,

                        Plaintiffs,                   **19-CV-2978 (ALC) (KHP)**

      -against-                  <u>**ORDER SCHEDULING SETTLEMENT
STATUS CONFERENCE**</u>

COLUMBIA UNIVERSITY, et al.,

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

     A telephonic Settlement Status Conference in this matter consisting of **Plaintiff's counsel and Columbia University's Counsel** is hereby scheduled for <u>**Wednesday, December 14, 2022 at 4:00 p.m.**</u>  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, access code: 4858267.**

     SO ORDERED.

DATED:     New York, New York
              December 12, 2022

                                                         _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge